24 So.2d 923

**Carlos HOCUTT v. STATE.**
**6 Div. 213.**

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 923

**Ira T. HOLMES v. STATE.**
**6 Div. 253.**

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

26 So.2d 923

**Velma HUDSON v. STATE.**
**6 Div. 275.**

Court of Appeals of Alabama.
April 23, 1946.

CARR, Judge.
Appeal dismissed, motion of appellant.

23 So.2d 884

**Alex HUTCHESON, alias Hutchinson, v.**
**STATE.**
**4 Div. 900.**

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

26 So.2d 924

**James HYDE v. STATE.**
**8 Div. 526.**

Court of Appeals of Alabama.
May 21, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 884

**Adell INGRAM, alias Engram, v. STATE.**
**4 Div. 893.**

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.